**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GINO DONTE BREWER,<br><br>            Petitioner,<br><br>   v.<br><br>W.L. MONTGOMERY, Acting Warden,<br><br>            Respondent. | Case No. CV 13-8191 JAK (SS)<br><br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 11/5/14

                                            JOHN A. KRONSTADT<br>
                                            UNITED STATES DISTRICT JUDGE